CLEOFOSTER BAPTISTE, Appellant, v "JOHN DOE" et al., Respondents. [931 NYS2d 868]-

Since plaintiff's filing of this action was untimely, it was a nullity, "and there was no service period to extend" (*Gonzalez v*

*New York City Health & Hosps. Corp.*, 29 AD3d 369, 370 [2006]; *Croce v City of New York*, 69 AD3d 488 [2010]). In the absence of an action pending against them, defendants' own tardiness in moving to "dismiss" did not constitute a waiver of the statute of limitations defense (*see* CPLR 3211 [e]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Friedman, J.P., Catterson, Moskowitz, Freedman and Abdus-Salaam, JJ.